CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN BRANDT,  :
                            :  Civil Action No. 10-1035 (DMC)
    Petitioner,  :
                            :
v.                          :  ORDER
                            :
TERESA MCQUAIDE, et al.,    :
                            :
    Respondents.  :  CLOSED

For the reasons set forth in the Opinion filed herewith,

IT IS on this ___20___ day of ___December___, 2010,

ORDERED that the Petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

                                        Dennis M. Cavanaugh
                                        United States District Judge